COOLEY LLP
JOHN W. CRITTENDEN (101634) (jcrittenden@cooley.com)
CHANTAL Z. HWANG (275236) (chwang@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

Attorneys for Defendant
Enphase Energy, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SolarEdge Technologies Inc. and SolarEdge Technologies Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> Enphase Energy, Inc., <br><br> Defendant. | Case No.  4:17-cv-04047-YGR <br><br> **DEFENDANT ENPHASE ENERGY, INC.'S LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

148314669

**DEFENDANT ENPHASE ENERGY, INC.'S
CERTIFICATION OF INTERESTED PARTIES
4:17-CV-04047-YGR**

**CIVIL LOCAL RULE 3-15: CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned counsel of record for Defendant Enphase Energy, Inc. ("Enphase Energy") hereby certifies that as of this date, other than the named parties, there is no such interest to report.

**FEDERAL RULE OF CIVIL PROCEDURE 7.1: DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Enphase Energy hereby certifies that Enphase Energy has no parent corporation, and that no publicly held corporation owns 10% or more of Enphase Energy's stock.

Dated: July 26, 2017

COOLEY LLP
JOHN W. CRITTENDEN (101634)
CHANTAL Z. HWANG (275236)

/s/ John W. Crittenden
John W. Crittenden (101634)

Attorneys for Defendant
Enphase Energy, Inc.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

148314669

1.

DEFENDANT ENPHASE ENERGY, INC.'S
CERTIFICATION OF INTERESTED PARTIES
4:17-CV-04047-YGR