## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| **Date:** 8/4/17 | **Time:** 9:53am-11:19am | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 17-cv-04047-YGR | **Case Name:** SolarEdge Technologies Inc. v. Enphase Energy, Inc. | |

**Attorney for Plaintiff:** David Eberhart, Cara Gagliano, Alexander Parker, Melody Hansen. Rachel Prishkolnik- General Counsel for Solar Edge
**Attorney for Defendant:** John Crittenden, Chatal Hwang,
[Summer associate Rob Paris]; Matthew Allan - Product Marketing Manager.

**Deputy Clerk:** Frances Stone                **Court Reporter:** Sarah Goekler

### PROCEEDINGS
**PRELIMINARY INJUNCTION MOTION HEARING [Dkt. no. 8]- HELD and SUBMITTED.**

**Order to be prepared by: Court**

**Notes: Court set a 12/18/17 Jury Trial date. Counsel are to meet and confer regarding proposed pretrial and discovery schedule.**