**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SOLAREDGE TECHNOLOGIES INC., ET AL.,**<br>  Plaintiffs**,**<br>vs.<br>**ENPHASE ENERGY, INC.,**<br>  Defendant**.** | CASE NO.  17-cv-04047-YGR<br><br>**ORDER SETTING COMPLIANCE HEARING AND TRIAL DATES** |

As set forth on the record at the hearing on plaintiffs' motion for preliminary injunction held on August 4, 2017, the Court **SETS** the above-captioned matter for a jury trial to begin on **Monday, December 18, 2017** at **8:30 a.m.**, and hereby reserves three days.  The Court further **SETS** a pre-trial conference for **Friday, December 1, 2017** at **9:00 a.m.**  Parties are advised jury selection and opening statements may occur on the preceding Friday.

No later than **August 9, 2017**, the parties must file a joint statement setting forth their proposed pretrial and discovery schedule, including a deadline for the filing of defendant's response to the complaint.  The Court **SETS** a compliance hearing regarding the filing of that joint statement for **August 11, 2017** at **9:01 a.m.** in the Federal Building, 1301 Clay Street, Oakland, California, Courtroom 1.  If the parties have filed their joint statement by August 9, 2017, the Court may vacate the compliance hearing and the parties need not appear.

**IT IS SO ORDERED.**

Dated: August 4, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**