# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SolarEdge Technologies Inc., et al.,** | Case No.  17-cv-04047-YGR |
| Plaintiffs, | |
| vs. | **Scheduling and Trial Order** |
| | Re: Dkt. No. 42 |
| **Enphase Energy, Inc.,** | |
| Defendant. | |

**To All Parties and Counsel of Record**

The Court hereby **Sets** the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| Defendant Response to Complaint | August 18, 2017 |
| Initial Disclosures | August 22, 2017 |
| Last Day to Amend Pleadings | September 1, 2017 |
| Case Management Conference: | Monday, October 23, 2017 at 2:00 p.m. |
| Non-Expert Discovery Cutoff: | October 30, 2017 |
| Disclosure of Experts (Retained/Non-Retained): | Opening:  September 25, 2017<br>Rebuttal:  October 25, 2017<br>Reply:  October 30, 2017 |
| Expert Discovery Cutoff: | October 30, 2017 |
| Dispositive/*Daubert* Motions[1] To Be Filed By: | November 3, 2017[2] |
| Compliance Hearing (*See* Page 2) | Thursday, November 9, 2017 at 9:01 a.m. |
| Joint Pretrial Conference Statement: | November 17, 2017 |
| Pretrial Conference: | Friday, December 1, 2017 at 9:00 a.m. |
| Trial Date and Length: | Monday, December 18, 2017 at 8:30 a.m.<br>for three days (Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

[2] Oppositions to dispositive and *Daubert* motions must be filed by November 15, 2017, and replies are due on November 20, 2017.  The hearing on any dispositive and *Daubert* motions shall be **Set** for **Tuesday, December 1, 2017** at **9:00 a.m.**

United States District Court
Northern District of California

United States District Court
Northern District of California

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer  in advance of the Pretrial Conference.  The compliance hearing on **Thursday, November 9, 2017** at **9:01 a.m.** is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith.  The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.  Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

The Court further **SETS** the following deadlines:

1)  Parties must exchange proposed exhibits, deposition designations, and discovery designations by **November 3, 2017**, and rebuttal exhibits, designations, and objections by **November 9, 2017**.  Parties must provide the Court with a final set of exhibits by **December 15, 2017**.

2)  Parties must exchange motions *in limine* for attempted resolution by **November 6, 2017**.  Any remaining motions *in limine* must be filed by **November 10, 2017**, and oppositions by **November 17, 2017**.

3)  Parties must meet and confer regarding their joint pretrial conference statement by **November 10, 2017**.

4)  Parties must deliver Chambers copies of motions *in limine* and joint trial readiness binder by **November 20, 2017**.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: August 11, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2