1   DAVID R. EBERHART (S.B. #195474)
    deberhart@omm.com
2   MELODY DRUMMOND HANSEN (S.B. #278786)
    mdrummondhansen@omm.com
3   ALEXANDER B. PARKER (S.B. #264705)
    aparker@omm.com
4   CARA L. GAGLIANO (S.B. #308639)
    cgagliano@omm.com
5   O'MELVENY & MYERS LLP
    Two Embarcadero Center
6   28th Floor
    San Francisco, California  94111-3823
7   Telephone:    +1 415 984 8700
    Facsimile:    +1 415 984 8701
8
    Attorneys for Plaintiffs
9   SolarEdge Technologies, Inc. and
    SolarEdge Technologies Ltd.
10

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13                    **OAKLAND DIVISION**

14

15   SolarEdge Technologies, Inc. and SolarEdge
     Technologies Ltd.,                              Case No. 4:17-cv-04047-YGR
16
                        Plaintiffs,                  **FIRST AMENDED COMPLAINT FOR
17                                                    FALSE ADVERTISING UNDER
             v.                                      LANHAM ACT § 43(a), 15 U.S.C.
18                                                   § 1125(a)**
     Enphase Energy, Inc.,
19                                                   **DEMAND FOR JURY TRIAL**
                        Defendant.
20

21

22

23

24

25

26

27

28

Plaintiffs SolarEdge Technologies, Inc. and SolarEdge Technologies Ltd. (collectively, "SolarEdge") bring this action against defendant Enphase Energy, Inc. ("Enphase") based on its false and misleading advertising. SolarEdge seeks injunctive, compensatory, and punitive relief.

**THE PARTIES**

1.      Plaintiff SolarEdge Technologies, Inc. ("SolarEdge Inc.") is a Delaware corporation with its principal place of business located at 1 HaMada Street, POB 12001, Postal code 4673335, Herzliya, Israel.

2.      Plaintiff SolarEdge Technologies Ltd. ("SolarEdge Ltd.") is an Israeli Limited Liability Company with its principal place of business located at 1 HaMada Street, POB 12001, Postal code 4673335, Herzliya, Israel. SolarEdge Ltd. is a wholly owned subsidiary of SolarEdge Inc.

3.      On information and belief, defendant Enphase Energy Inc. is a Delaware corporation with its principal place of business located at 1420 N. McDowell Boulevard, Petaluma, CA 94954. Enphase is therefore a resident of this District.

**JURISDICTIONAL STATEMENT**

**Jurisdiction**

4.      Subject-matter jurisdiction is proper because this is an action for violations of rights granted under the Federal Trademark Act of 1946, 15 U.S.C. §§ 1051 *et seq.* Specifically, this action is based on Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). This Court has jurisdiction over the subject matter of this action pursuant to Section 39 of the Lanham Act, 15 U.S.C. §§ 1116 and 1121, and 28 U.S.C. §§ 1331 and 1338.

5.      The Court has personal jurisdiction over Enphase because Enphase maintains its principal place of business within this district. The Court also has personal jurisdiction over Enphase because the acts that are the subject of this complaint were committed at least in part in this District.

**Venue**

6.      Venue is proper in this District under 28 U.S.C. § 1391(a) because Enphase resides in this district and is subject to personal jurisdiction in this district. Venue is also proper in this

FIRST AMENDED COMPLAINT
4:17-cv-04047-YGR

1    District under 28 U.S.C. § 1391(b) because the acts that are the subject of this complaint were

2    committed at least in part in this District.

3                                **Intradistrict Assignment**

4            7.      This case is properly assigned to the Oakland Division pursuant to Civil L.R. 3-

5    2(c), Civil L.R. 3-2(d), and General Order No. 44 because a substantial part of the events giving

6    rise to SolarEdge's false advertising claim occurred in Sonoma County, California.

7                                **FACTUAL ALLEGATIONS**

8                          **SolarEdge and Solar Power Systems**

9            8.      SolarEdge is in the business of researching, developing, manufacturing, and selling

10   electronic components for solar photovoltaic ("PV") modules, which are often referred to as

11   "solar panels."

12           9.      PV modules are the panels, generally installed on rooftops, that absorb and convert

13   solar energy to direct electric current ("DC"). A device known as an "inverter" is necessary to

14   transform the electric current from DC to alternating current ("AC"), the type of power delivered

15   to residences and businesses through the power grid.

16           10.     Most PV systems employ multiple solar panels, and, historically, the PV industry

17   connected multiple panels to one or a small number of centralized inverters for the DC to AC

18   conversion.

19           11.     Currently, SolarEdge's primary products are components involved in the

20   optimization of energy generated from solar panels, monitoring and safety features related to this

21   optimization, and the conversion of the generated energy from DC to AC. SolarEdge makes and

22   sells devices called "power optimizers." Typically, one power optimizer is used for each solar

23   panel, which are connected to form multi-panel groupings called "strings." The DC electricity

24   produced by each solar panel in a string is conditioned by a power optimizer and routed to a

25   simplified, centralized inverter. Because a power optimizer is connected to each solar panel,

26   power optimizers are considered "panel-level" or "module-level" power electronics.

27           12.     The practice of situating electronics at the solar-panel level is sufficiently common

28   that the industry has coined the acronym "MLPE" ("module-level power electronics") to refer to

                                                    FIRST AMENDED COMPLAINT
                                                    4:17-cv-04047-YGR

1  electronics situated at the solar-panel level of a PV system.

2        13.    Since beginning commercial shipments in 2010, SolarEdge has grown to become a

3  global leader in the PV industry. SolarEdge has shipped approximately 4.7 gigawatts of its

4  inverter systems (more than 15 million power optimizers), the vast majority of which are installed

5  in the United States.

6  **The SolarEdge Brand**

7        14.    SolarEdge has invested significantly in building consumer recognition of its brand,

8  with sales and marketing costs for fiscal years 2014, 2015, and 2016 of $17.7 million, $24.9

9  million, and $34.8 million, respectively.

10        15.    For at least nine years, SolarEdge has used the stylized logo shown below as its

11  primary logo and brand identifier.



16        16.    SolarEdge Ltd. owns U.S. Trademark Registration No. 4,409,186 for the above

17  logo.

18  **The Market for Solar Power System Components**

19        17.    SolarEdge, like other manufacturers of PV-system power electronics, sells its

20  products primarily to large installers and to distributors and solar panel manufacturers, who resell

21  to installers. Installers in turn sell or lease PV system components to end-user consumers (as

22  relevant here, homeowners).

23        18.    Installers play an important part in driving demand for SolarEdge's products. They

24  are frequently the main point of contact for homeowners who wish to install a PV system, and

25  they can hold significant sway in the homeowner's choice of system, because most consumers are

26  unfamiliar with the technology and look to installers for their expertise. The installer will

27  typically explain to the homeowner what options are available and walk them through the pros

28  and cons of each. Furthermore, many installers specialize in certain brands or types of PV system

FIRST AMENDED COMPLAINT
4:17-cv-04047-YGR

1   components and promote those products most heavily to their customers.

2      19. For an installer, learning a new PV system, training its employees on that system,

3   and stocking that system in its inventory typically requires a significant investment of time and

4   resources. As a result, early capture of new installers is important to manufacturers of PV-system

5   components. Demand for PV-system installations is growing rapidly, and consequently, so is the

6   number of installers. According to recent reports, jobs for solar installers are experiencing the

7   fastest growth rate in the United States—88.3% from 2012 to 2016.[1] Another recent study found

8   that from 2015 to 2016, 17,202 jobs were added to the solar installation sector more broadly—a

9   14% increase.[2]

10      20. As end-user consumers, homeowners also play a key role in driving demand for

11   SolarEdge's products. Although the installer may provide significant input, the homeowner

12   makes the ultimate decision about what PV system to install. If the homeowner has undertaken

13   some initial research into PV system options, he or she may steer the conversation with the

14   installer by asking about a specific product. PV component manufacturers understand this, and

15   their use of online advertising targeting homeowners has become more prevalent in recent years.

16                    **Enphase**

17      21. Defendant Enphase also sells electronics for PV systems and is a direct competitor

18   to SolarEdge.

19      22. Instead of a centralized inverter, Enphase uses "microinverter" technology, which

20   locates a small inverter at each solar panel.

21      23. Microinverters, like power optimizers, are panel-level electronics, AKA "MLPEs."

22      24. Like SolarEdge, Enphase sells its products primarily to large installers,

23   distributors, and solar panel manufacturers. In light of the market forces discussed above,

24   

25   [1] Kari Paul, "You've Probably Never Heard of the Fastest-Growing Job in America (Clue: It Helps the Environment)," *MarketWatch* (June 4, 2017),

26   http://www.marketwatch.com/story/youve-never-heard-of-the-fastest-growing-job-in-the-country-2017-05-08.

27   [2] The Solar Foundation, "Solar Jobs Map 2016" (2017), https://www.solarstates.org. *See also* Kelsey Misbrener, "1 in 50 new U.S. Jobs Were in Solar Industry in 2016," *Solar Power World*

28   (Feb. 7, 2017), https://www.solarpowerworldonline.com/2017/02/73360/.

FIRST AMENDED COMPLAINT
4:17-cv-04047-YGR

however, Enphase directs its marketing efforts at both installers generally and homeowners. For instance, at the top of the landing page of Enphase's U.S. website (https://enphase.com/en-us) Enphase has placed a navigation menu with four headings: "Homeowners," "Professionals," "Products," and "CONTACT AN INSTALLER." Both the first and fourth headings directly target homeowners, and only the second heading excludes them. Immediately below that menu is a large banner-style advertisement that cycles between four images that link to other pages on the website. The third image in the cycle incorporates text that reads: "Your solar home is waiting. See why Enphase belongs on your roof."



25.     Enphase also specifically targets new installers. For example, near the bottom of the enphase.com landing page, Enphase advertises several training webinars for solar professionals. One of those training sessions is titled "Introduction to Enphase for New Installers."



**"Frame-Mount" And "Embedded" MLPEs**

26.    In many PV installations involving MLPEs, each MLPE must be installed on the rooftop and then connected to a solar panel. This type of MLPE is known as a "rail-mount" MLPE, because the installer attaches the MLPE to metal rails affixed to the rooftop; the installer also attaches solar panels to that rail.

27.    As one alternative to the rail-mount approach, an installer may use a bracket or other mechanical device to mount each MLPE onto a solar panel and make the necessary electrical connections between the MLPE and the panel before arriving at the installation site. This practice, sometimes called "frame mounting," allows installers to substantially speed up the rooftop installation time, because it is no longer necessary to separately install a power optimizer or microinverter for each panel in the system while on the rooftop.

28.    SolarEdge has sold power optimizers designed specifically for frame mounting in the United States since 2016, and all SolarEdge power optimizers can be frame mounted using either a SolarEdge or third-party bracket. SolarEdge power optimizers can be frame mounted to virtually any solar panel, including solar panels manufactured by all major brands.

29.    Another development in MLPE technology is to "embed" either a power optimizer or a microinverter onto a solar panel before the panel leaves the factory of the panel manufacturer. This embedding process reduces the time required to install a PV system at an end

FIRST AMENDED COMPLAINT
4:17-cv-04047-YGR

user's residential or commercial location, because it is no longer necessary to separately install a power optimizer or microinverter for each solar panel in the system.

30.     The process of embedding a panel-level component into a PV panel was first introduced by SolarEdge to solar panel manufacturers in 2011. Embedded SolarEdge power optimizers have been continuously available from solar panel manufacturers since at least as early as 2012.

31.     SolarEdge's power optimizers continue to be available in standalone form—in other words, not embedded in a PV panel. In fact, SolarEdge is known primarily for its non-embedded optimizers, as embedded technology is still not widely used in the PV industry. Consequently, even a seasoned installer with experience installing SolarEdge products may not be familiar with SolarEdge's embedded optimizer technology.

32.     Enphase recently announced that one of its microinverters will now be available embedded into solar panels manufactured by one of two panel manufacturers, LG Electronics and Jinko Solar.

**Enphase's Wrongful Conduct And The Commencement Of The Present Action**

33.     Enphase recently launched a new advertising campaign (the "Accused Advertising") using video and text to promote a product called the "Enphase AC Module"—a solar panel with an embedded Enphase microinverter.

34.     The campaign includes a video (the "TLV") that purports to depict a time-compressed video comparison between the installation times for PV systems using comparable SolarEdge and Enphase products. A true and correct copy of the TLV obtained from Enphase's website on July 14, 2017 will be filed conventionally as **Exhibit 1**. A transcript of Exhibit 1 is attached as **Exhibit 2**.

35.     On July 12, 2017, having determined that the Accused Advertising was materially false and misleading, SolarEdge sent to Enphase, through counsel, a letter requesting that Enphase promptly cease and desist from disseminating the Accused Advertising. A copy of that letter is attached as **Exhibit 3**.

36.     On July 14, 2017, Enphase responded to SolarEdge, through counsel, indicating

FIRST AMENDED COMPLAINT
4:17-cv-04047-YGR

that Enphase would not stop disseminating the Accused Advertising. A copy of that letter is attached as **Exhibit 4**.

37.     On July 18, 2017, SolarEdge commenced this action.

38.     On August 7, 2017, Enphase informed the Court and SolarEdge that it had made or would make certain modifications to the text of the Accused Advertising "without conceding that the Time-Lapse Video or its accompanying text is false or misleading in any way" out of "hope[ ] that these changes [would] moot the pending dispute."

39.     As alleged in detail in paragraphs 75 through 79 below, the modified Accused Advertising remains materially false and misleading.

**The Accused Advertising Before The August 2017 Modifications**

40.     Enphase made the Accused Advertising available to the public in at least five locations: on two pages of Enphase's website, on Enphase's Facebook page, on Enphase's Twitter feed, and on YouTube. Each instance of the Accused Advertising consists of the TLV and accompanying text.

41.     The title screen of the TLV as it originally appeared in each location read: "Enphase Energized AC Module vs. String+Optimizers—Time Lapse Field Test."

42.     SolarEdge's distinctive stylized logo is prominently shown throughout the purported "competition" between the two PV system installations, with the captured frame below being an example. SolarEdge's logo is on screen for 2 minutes and 8 seconds of the 2-minute, 56-second video.



FIRST AMENDED COMPLAINT
4:17-cv-04047-YGR

43.     Throughout the TLV, an installer also provides commentary that states, in part:

> Do I see a time difference between the two systems?  Absolutely,
> yes. Yeah, it's a plug and play. It's lay a panel down and go to the
> next one, very fast installation. I like it. There is no comparison.
> You're skipping all these steps. The micro is already attached to the
> panel. I don't have to worry about laying out optimizers or micros
> on a rail, and obviously that phase doesn't have an inverter hanging
> on the side of your wall. That's one less thing. That's what I like. It
> was easy to manage. You didn't have to bring some PV wire out.
> It's make a couple marks, lay these panels and go. I would most
> definitely use the LG AC Module [with embedded Enphase
> microinverter].

44.     Finally, the TLV ends with the text "The Enphase Energized AC Module cuts installation time in half."

45.     The accompanying text that Enphase originally posted with the TLV in each of the five locations identified in paragraph 40 claimed that using the Enphase AC Module reduces rooftop installation time by half as compared to power optimizer-based systems generally and presented the TLV as the basis for that claim.

46.     For example, Enphase placed the TLV on its website next to the text "Stop wasting time installing optimizers—***When compared to optimizers***, the Enphase AC Module cuts rooftop installation time in half. See for yourself" (emphasis added). In other words, Enphase told viewers that choosing a PV system that uses SolarEdge's power optimizers rather than the Enphase AC Module would necessarily double their installation time. A true and correct copy of the webpage at the URL https://enphase.com/en-us/products-andservices/introducing-ac-module as it appeared on July 16, 2017 is attached as **Exhibit 5**.



FIRST AMENDED COMPLAINT
4:17-cv-04047-YGR

1    47.    Enphase also placed the TLV on the landing page of the Enphase website, above

2    text stating: "Cut your installation time in half—Our new AC Module cuts installation time in

3    half compared to String+Optimizers—SEE THE DIFFERENCE." There, the Accused

4    Advertising appeared as part of an array of three advertisements; the other two advertisements

5    specifically target homeowners. A true and correct copy of the webpage at the URL

6    https://enphase.com/en-us as it appeared on July 31, 2017 is attached as **Exhibit 6**.



15    48.    Enphase uploaded a copy of the TLV to YouTube on July 10, 2017, with the title

16   "Enphase Energized AC Module vs String+Optimizers" and the description "The Enphase

17   Energized AC Modules cut rooftop installation time in half. See for yourself." A true and correct

18   copy of the webpage at the URL https://www.youtube.com/watch?v=v--K8_CfK9c as it appeared

19   on July 16, 2017 is attached as **Exhibit 7**.

20    49.    On July 12, 2017, Enphase posted the TLV on its Facebook page, accompanied by

21   the following text: "Check out this side-by-side time-lapse field test of our #EnphaseEnergized

22   AC Module vs. String+Optimizers. We cut rooftop installation time in half. See for yourself!" A

23   true and correct copy of Enphase's July 12, 2017 Facebook posting that was captured on July 16,

24   2017 is attached as **Exhibit 8**.

25    50.    Also on July 12, 2017, Enphase posted the TLV to its Twitter feed, accompanied

26   by the following text: "Side-by-side time lapse of #EnphaseEnergized AC Module vs.

27   String+Optimizers. We cut rooftop install time in half." A true and correct copy of Enphase's

28   July 12, 2017 Twitter posting that was captured on July 16, 2017 is attached as **Exhibit 9**.

FIRST AMENDED COMPLAINT
4:17-cv-04047-YGR

1

2

**The Accused Advertising Makes False and
Misleading Claims That the TLV Does Not Support**

3      51.     The Accused Advertising purports to show that the rooftop installation of a PV

4   system using Enphase's recently announced embedded microinverter product takes half the time

5   of a comparable SolarEdge power optimizer-based system. In the context of the Accused

6   Advertising, the TLV is the only basis for the claims made by Enphase. But the TLV and

7   accompanying text are false and materially misleading because they are not based on a

8   sufficiently reliable test to establish Enphase's claims and, moreover, would not establish

9   Enphase's claims even if the test were reliable.

10                                   **The TLV Is Not Reliable**

11      52.     The claims of the Accused Advertising are literally false for the independent

12   reason that—putting aside whether Enphase's comparison is inherently deceptive—the TLV is

13   not a reliable test of the rooftop installation times for a PV system using rail-mount optimizers

14   versus a PV system using Enphase's embedded microinverters.

15      53.     The TLV purports to show that the Enphase rooftop installation is completed in 33

16   minutes and 54 seconds and that the SolarEdge rooftop installation is completed in one hour, 16

17   minutes, and 53 seconds. Both installations involved two individuals visible on the roof

18   conducting the work. But the TLV materially and unfairly increased the time required to complete

19   the SolarEdge installation in at least five ways, thereby rendering the TLV unreliable.

20      54.     First, Enphase has conceded that it employed an Enphase field application

21   engineer to train the installers on the installation of the Enphase-based system on the morning of

22   the day the installations were filmed. There was no similar instruction to the installers that day by

23   any SolarEdge employee, whether a field application engineer or otherwise. Enphase's instruction

24   likely reduced the time required for the Enphase-based installation and, when combined with the

25   other factors described herein, renders the TLV unreliable and the claim to cut rooftop installation

26   time in half false.

27      55.     Second, Enphase has conceded that it filmed the installation of the SolarEdge-

28   based system prior to filming the installation of the Enphase-based system. This sequencing likely

1   enabled the installers to be more familiar with the rooftop and more efficient during the Enphase-

2   based installation due to that familiarity. That sequencing therefore reduced the time required for

3   the Enphase-based installation and, when combined with the other factors described herein,

4   renders the TLV unreliable and the claim to cut rooftop installation time in half false.

5          56.     Third, both rooftop installations in the TLV involved mounting the solar panels to

6   raised metal "rails" installed on the roof of the house. During the SolarEdge installation, both

7   individuals installing the system spent approximately six or seven minutes fixing a problem with

8   the way that the rails were attached to the roof. This work was not required by any inherent

9   quality of the SolarEdge system, and it was not repeated during the Enphase installation. Enphase

10  has conceded that there "was an issue with one of the rails during the installation of the SolarEdge

11  panels" and that this "issue was corrected during the SolarEdge installation and did not need to be

12  subsequently addressed during the Enphase" installation. If Enphase had conducted the

13  installation of the Enphase system first, this additional time, standing alone, would have caused

14  the Enphase installation to take more than half as long as the SolarEdge installation.  Likewise,

15  subtracting that time from the SolarEdge installation, when combined with the other factors

16  described herein, shows the TLV to be unreliable and the claim to cut rooftop installation time in

17  half to be false.

18         57.     Fourth, during the installation of the SolarEdge-based PV system in the TLV, at

19  least one of the installers refers to written instructions or plans and takes measurements before

20  placing the solar panels. Neither such activity is observed during the Enphase-based system

21  installation. These activities added time to the SolarEdge-based installation, advantaged the

22  Enphase-based installation, and, when combined with the other factors described herein, render

23  the TLV unreliable and the claim to cut rooftop installation time in half false. Further, this lack of

24  familiarity is particularly misleading to viewers because the installer interviewed during the video

25  claims to have experience with SolarEdge installations.

26         58.     Fifth, during the installation of the SolarEdge-based system in the TLV, one of the

27  two installers leaves the roof for approximately eight minutes. No similar absence of the

28  installer(s) is observed during the installation of the Enphase-based system. According to

FIRST AMENDED COMPLAINT
4:17-cv-04047-YGR

Enphase, the installer was creating jumper cables during this time. But, as is evident from the fact that it took place off the roof, creating jumper cables is not relevant to the purported comparison of rooftop installation times. Further, it is not necessary for the installer to create jumper cables by hand for a SolarEdge-based system because pre-manufactured jumper cables are commercially available. Enphase's choice to have the installer create jumper cables by hand materially advantaged the Enphase-based installation and, when combined with the other factors described herein, renders the TLV unreliable and the claim to cut rooftop installation time in half to be false.

59.     Based on its examination of the TLV, SolarEdge is informed and believes that discovery will demonstrate that the TLV is unreliable in additional ways.

**Even If The TLV Were Reliable, It Would Not Support Enphase's Claims**

60.     The Accused Advertising is also literally false because, even if the TLV were reliable, it would not establish various propositions asserted by Enphase.

61.     First, the Accused Advertising is literally false because the test relied on does not and cannot establish that PV systems using Enphase's product install twice as quickly on the rooftop when compared to optimizer-based PV systems generally—a proposition Enphase has asserted with statements such as "[w]hen compared to optimizers, the Enphase AC Module cuts rooftop installation time in half." Because SolarEdge's embedded optimizers allow installers to skip the step of separately installing a power optimizer for each panel, a comparison of the installation time of a system using Enphase's embedded microinverters with that of a system using SolarEdge's embedded power optimizers would yield a substantially smaller time differential, if any, than is claimed in the Accused Advertising. To the extent such a reduced differential remained, moreover, it is not clear which company's product would install faster. In any event, a test using SolarEdge's embedded optimizers would not support the claim that the Enphase Energized AC Module cuts rooftop installation time in half or any claim of similar import. Frame-mounting SolarEdge's optimizers would similarly allow the installer to skip the step of separately installing a power optimizer for each panel during the rooftop installation process shown in the TLV, and a test using SolarEdge's frame-mounted optimizers would not

FIRST AMENDED COMPLAINT
4:17-cv-04047-YGR

1  support the claim that the Enphase Energized AC Module cuts rooftop installation time in half or

2  any claim of similar import.

3       62.     Second, the Accused Advertising is literally false when its claims exclude the term

4  "rooftop," such as "The Enphase Energized AC Module cuts installation time in half" and "Cut

5  your installation time in half—Our new AC Module cuts installation time in half compared to

6  String+Optimizers." The test relied on by Enphase does not and cannot support that claim,

7  because it does not present or measure the time required to install the non-rooftop portions of, at

8  least, the Enphase-based system.

9       63.     By presenting the TLV as a demonstration of the time-saving advantages of

10  Enphase's embedded microinverters versus power optimizers generally (as discussed in

11  paragraph 61 above), Enphase's advertising campaign also falsely and necessarily implies that

12  SolarEdge's power optimizers are not available in embedded form and/or cannot be frame-

13  mounted. Enphase reinforces this message by labeling the footage of the rail-mount optimizer-

14  based installation with SolarEdge's logo.

15                **The Accused Advertising's Impact On Consumers**

16       64.     The Accused Advertising is likely to deceive homeowners and installers—

17  especially new installers and installers who have not previously installed SolarEdge's embedded

18  or frame-mounted power optimizers—into incorrectly believing that a system using Enphase's

19  embedded microinverters installs faster on the rooftop than a system using SolarEdge power

20  optimizers, that a system using Enphase's embedded microinverters installs faster overall than a

21  system using SolarEdge power optimizers, and/or that SolarEdge does not offer optimizers in

22  embedded or rail-mount forms.

23       65.     Enphase's advertising campaign is likely to influence purchasing decisions for

24  MLPEs on the part of homeowners and installers. While there are a number of factors relevant to

25  choosing a PV system, with all other factors equal, reducing the time of rooftop installation may

26  reduce an installer's costs, increase efficiency, and increase profits. For a homeowner, a faster

27  rooftop installation may be expected to translate into savings on installation costs. Enphase has

28  represented that this is the case on its website, stating that using the Enphase AC Module

FIRST AMENDED COMPLAINT
4:17-cv-04047-YGR

1   "mak[es] installations more cost-effective and faster" and that "[t]his means a faster experience

2   for [installers] and a greater savings for [their] customer[s]."

3       66.     Enphase has caused the Accused Advertising to enter interstate commerce by

4   publishing it in multiple locations: its own website, on Twitter, on YouTube, and on Facebook.

5   SolarEdge is informed and believes that Enphase likely also showed the Accused Advertising at

6   the Intersolar North America trade show, which took place in San Francisco from July 10–13,

7   2017. Enphase introduced its embedded product at Intersolar, and Enphase representatives

8   engaged in promotional activities at the trade show. Enphase has stated that it plans to distribute

9   or show the Accused Advertising at Solar Power International 2017, which will be held in

10  September.

11      67.     By claiming to prove that Enphase's embedded microinverters are superior to

12  SolarEdge's optimizers in ways that are likely to influence purchasing decisions and/or that

13  SolarEdge does not offer embedded or frame-mountable optimizers, Enphase's campaign of false

14  advertising is also likely to directly divert sales and customer interest from SolarEdge to Enphase.

15                **Enphase's August 2017 Modifications To The Accused Advertising**

16      68.      At some time after August 4, 2017, Enphase modified the Accused Advertising in

17  the following ways:

18      69.     On Enphase's website, at the URL https://enphase.com/en-us/products-

19  andservices/introducing-ac-module, the text "Stop wasting time installing optimizers—When

20  compared to optimizers, the Enphase AC Module cuts rooftop installation time in half. See for

21  yourself" has been changed to "Stop wasting time installing optimizers—When compared to

22  systems using standalone optimizers, the Enphase AC Module cuts rooftop installation time in

23  half. See for yourself." A true and correct copy of the webpage at the URL

24  https://enphase.com/en-us/products-andservices/introducing-ac-module captured on August 29,

25  2017 is attached as **Exhibit 10**.

26      70.     On the home page for Enphase's website (https://enphase.com/en-us), the text

27  "Cut your installation time in half—Our new AC Module cuts installation time in half compared

28  to String+Optimizers" has been changed to "Cut your installation time in half—Our new AC

FIRST AMENDED COMPLAINT
4:17-cv-04047-YGR

Module cuts installation time in half compared to String+Standalone Optimizer Systems." A true and correct copy of the webpage at the URL https://enphase.com/en-us captured on August 29, 2017 is attached as **Exhibit 11**.

71.     The video header text that appears when playing the TLV on Enphase's website has been changed from "Enphase Energized AC Module vs. String Optimizers Time Lapse" to "Enphase AC Module vs. String + Standalone Optimizers Time Lapse." A true and correct copy of the modified TLV obtained from Enphase's website on August 29, 2017 will be filed conventionally as **Exhibit 12**.

72.     The title screen text for the TLV has been changed from "Enphase Energized AC Module vs. String+Optimizers—Time Lapse Field Test" to "Enphase Energized AC Module vs. String + Standalone Optimizers Systems—Time Lapse Field Test," but only in the version of the video that appears on Enphase's website. The title screen of the version of the TLV that is available on YouTube remains unchanged.

73.     The title of the YouTube version of the TLV, as it appears underneath the video player, has been changed from "Enphase Energized AC Module vs String+Optimizers" to "Enphase Energized AC Module vs. String + Standalone Optimizers Time Lapse."

74.     The text accompanying the YouTube version of the TLV has been changed from "The Enphase Energized AC Modules cut rooftop installation time in half. See for yourself" to "When compared to a string inverter using standalone optimizers, the Enphase Energized AC Modules cuts [sic] rooftop installation time in half. See for yourself."

**The Modified Accused Advertising Remains False and Misleading**

75.     Enphase's modifications to the Accused Advertising do not cure its materially false and misleading nature, and in some cases make it worse.

76.     First, Enphase has not modified the Accused Advertising to uniformly include the word "standalone" with each instance of "optimizer." To the contrary, at the URL https://enphase.com/en-us/products-andservices/introducing-ac-module, the misleading headline "Stop wasting time installing optimizers" remains intact. Enphase also has not altered the text of the Facebook and Twitter posts described in paragraphs 49 and 50.

FIRST AMENDED COMPLAINT
4:17-cv-04047-YGR

Stop wasting time installing
optimizers

When compared to systems using standalone
optimizers, the Enphase AC Module cuts rooftop
installation time in half. See for yourself.

77.     Second, Enphase's modifications do not address the falsity caused by the
omissions of the qualifying word "rooftop" discussed in paragraph 62 above. To the contrary,
certain of the modified statements exacerbate this deception by referring to "systems," for
example: "Cut your installation time in half—Our new AC Module cuts installation time in half
compared to String+Standalone Optimizer Systems." Because the TLV purports to test only
rooftop installation, it cannot support claims about complete system installation.

78.     Third, the "test" shown in the TLV is inherently unreliable, as alleged in
paragraphs 52 through 59 above.

79.     Finally, the modified version of the Accused Advertising, which continues to use
SolarEdge's logo, still falsely and necessarily implies that SolarEdge's power optimizers are not
available in embedded or frame-mountable form, as discussed in paragraph 63 above.

**FIRST CAUSE OF ACTION**

**(False Advertising – Lanham Act § 43(a), 15 U.S.C. § 1125(a))**

80.     SolarEdge hereby incorporates by reference the above allegations to this complaint
as if set forth fully herein.

81.     Enphase has made and is making false, misleading, and deceptive representations
of fact in its advertising campaign for the Enphase AC Module and has caused those statements to
enter interstate commerce.

82.     The Accused Advertising, in both modified and unmodified forms, misrepresents
the nature, characteristics, qualities, and/or availability of Enphase's and SolarEdge's products
and has deceived or has the tendency to deceive a substantial segment or segments of the target
audiences, including homeowners, existing installers, and new installers. Enphase's deception is
likely to influence purchasing decisions for Enphase and SolarEdge products.

FIRST AMENDED COMPLAINT
4:17-cv-04047-YGR

83.     The above-described acts and practices constitute violations of Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)). On information and belief, Enphase's conduct was undertaken willfully. Enphase has refused to cease its conduct following notice from SolarEdge, and Enphase's continued conduct is therefore willful.

84.     SolarEdge has been or is likely to be injured by Enphase's conduct. This injury includes direct diversion of sales from SolarEdge to Enphase, injury to SolarEdge's reputation, loss of goodwill associated with SolarEdge's marks, brand, and products, and the cost to SolarEdge of corrective advertising and marketing efforts to respond to Enphase's false advertising.

85.     Unless Enphase is enjoined by this Court from continuing to make false, misleading, and deceptive representations of fact in its advertising, the consuming public will continue to be confused and SolarEdge will suffer a loss of consumer confidence, sales, revenue, and goodwill, to the irreparable injury of SolarEdge.

86.     SolarEdge has no adequate remedy at law and is therefore entitled to injunctive relief pursuant to 15 U.S.C. § 1116.

87.     Pursuant to 15 U.S.C. § 1117(a), SolarEdge is also entitled to recover (i) Enphase's profits, (ii) SolarEdge's ascertainable damages, and (iii) SolarEdge's costs of suit. Furthermore, Enphase's willful deception renders this an exceptional case and entitles SolarEdge to its reasonable attorney fees.

**PRAYER FOR RELIEF**

SolarEdge respectfully requests that the Court:

A.     Issue a permanent injunction ordering that Enphase, its successors, affiliates, agents, officers, employees, consultants, and representatives, and all others in active concert or participation with Enphase, refrain from directly or indirectly using in commerce or causing to be published or otherwise disseminated any promotional or advertising materials containing any false or misleading facts about SolarEdge or its products or about Enphase or its products, including without limitation false and misleading comparisons between either SolarEdge's products and Enphase's products or between power optimizer technology and microinverter

FIRST AMENDED COMPLAINT
4:17-cv-04047-YGR

1    technology, and including without limitation the Accused Advertising;

2        B.      Award SolarEdge:

3                i.      Enphase's profits, gains, and advantages derived from Enphase's unlawful

4                        conduct;

5                ii.     all damages sustained by SolarEdge by reason of Enphase's unlawful

6                        conduct, including all expenditures required to correct the false,

7                        misleading, deceptive, and unfair statements by Enphase;

8                iii.    additional compensation in such sum as the court shall find to be just

9                        pursuant to 15 U.S.C. § 1117;

10               iv.     exemplary and punitive damages as the Court finds appropriate to punish

11                       Enphase's misconduct and deter any future willful conduct; and

12               v.      interest on the foregoing sums;

13       C.      Award SolarEdge attorneys' fees and costs and disbursements of this action; and

14       D.      Grant such other and further relief as the Court deems just and proper.

15

16

17   Dated:  September 1, 2017                    O'MELVENY & MYERS LLP

18

19                                               By:     */s/ David R. Eberhart*

20                                                       DAVID R. EBERHART
                                                 Attorneys for Plaintiffs
21                                               SolarEdge Technologies Inc. and
                                                 SolarEdge Technologies Ltd.

22

23

24

25

26

27

28

1

**JURY DEMAND**

2

     SolarEdge Technologies Inc. and SolarEdge Technologies Ltd. respectfully request a jury trial on all issues triable thereby.

3

4

5

     Dated:  September 1, 2017           O'MELVENY & MYERS LLP

6

7

                   By:    */s/ David R. Eberhart*
                             DAVID R. EBERHART

8

                 Attorneys for Plaintiffs
                 SolarEdge Technologies Inc. and

9

                 SolarEdge Technologies Ltd.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FIRST AMENDED COMPLAINT
4:17-cv-04047-YGR