# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOLAREDGE TECHNOLOGIES INC., ET AL.,** Plaintiffs, vs. **ENPHASE ENERGY, INC.,** Defendant. | CASE NO. 17-cv-04047-YGR **ORDER RE DISCOVERY DISPUTE** Re: Dkt. No. 56 |

The Court is in receipt of Docket Nos. 56 and 57 and **ORDERS** as follows:

1. Alexander Parker shall certify to the Court, in writing, the time, date, and manner in which Exhibit 1 was sent to counsel for the defendant. He shall also certify that he has read the Guidelines for Professional Conduct promulgated by this District and posted on the District's website.

2. Counsel for the defendant shall provide the Court with a copy of the response referenced in Docket No. 56, regarding the scheduling of a meet-and-confer.

With respect to the propounded discovery requests, the use of the word "relate" invites abuse on both sides. The parties shall formulate a response, which accounts for the needs of both sides.

The information referenced in this Order shall be provided in a JOINT filing by close of business September 8, 2017. Parties are hereby warned that the Court will issue sanctions against a party, and counsel personally, for failure to conduct themselves in a professional manner or to comply with their discovery obligations, or for using the discovery rules in a manner to harass or churn the litigation.

**IT IS SO ORDERED.**

Dated: September 7, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**