DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
LUANN L. SIMMONS (S.B. #203526)
lsimmons@omm.com
MELODY DRUMMOND HANSEN (S.B. #278786)
mdrummondhansen@omm.com
ALEXANDER B. PARKER (S.B. #264705)
aparker@omm.com
CARA L. GAGLIANO (S.B. #308639)
cgagliano@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California  94111-3823
Telephone:    +1 415 984 8700
Facsimile:    +1 415 984 8701

Attorneys for Plaintiffs
SolarEdge Technologies, Inc. and
SolarEdge Technologies Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SolarEdge Technologies, Inc. and SolarEdge Technologies Ltd.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Enphase Energy, Inc.,<br><br>　　　　　Defendant. | Case No. 4:17-cv-04047 YGR<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil L.R. 79-5 (d) and (e), Plaintiffs SolarEdge Technologies, Inc. and SolarEdge Technologies Ltd ("SolarEdge") hereby file this administrative motion to file under seal the following documents:

- the entirety of the Rebuttal Expert Report of John L. Hansen ("**Hansen Report**"), which is attached as Exhibit 1 to the Declaration of Alexander B. Parker in Support of SolarEdge's Motion to Exclude Expert Opinion Testimony of John L. Hansen Pursuant to Fed. R. Evd. 702, and
- limited portions of the Memorandum of Points and Authorities in Support of SolarEdge's Motion to Exclude Expert Opinion Testimony of John L. Hansen Pursuant to Fed. R. Evd. 702 ("***Daubert* Motion**").

SolarEdge seeks to seal the entirety of the Hansen Report pursuant to Civil L.R. 79-5(e) because Defendant Enphase Energy, Inc. ("Enphase") designated the entire report (excepting Mr. Hansen's CV) HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the protective order in the litigation. Enphase stipulates to the filing of the Hansen Report under seal.

Separately, SolarEdge has identified limited statements in the Hansen Report that contain SolarEdge confidential information and for which SolarEdge requests filing under seal.  Good cause exists for keeping this limited information confidential.  *See* the Declaration of Alexander B. Parker in support of this motion.

Finally, pursuant to Civil L.R. 79-5(e), SolarEdge seeks to seal limited portions of the *Daubert* Motion that cite to or otherwise rely on the Hansen Report, because Enphase has designated the entirety of that report (excepting Mr. Hansen's CV) HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the protective order in the litigation.

Pursuant to Civil LR. 79-5 (d) and (e), this motion is accompanied by the following documents:

- The Declaration of Alexander B. Parker in support of this motion;
- A proposed order;
- A redacted version of the *Daubert* Motion;
- An unredacted version of the *Daubert* Motion;

- An unredacted version of the Hansen Report.

Dated: November 3, 2017

O'MELVENY & MYERS LLP

By: /s/ *Alexander B. Parker*
Alexander B. Parker

Attorneys for Plaintiffs
SolarEdge Technologies, Inc. and
SolarEdge Technologies Ltd.