DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
MELODY DRUMMOND HANSEN
(S.B. #278786)
mdrummondhansen@omm.com
LUANN L. SIMMONS (S.B. # 203526)
lsimmons@omm.com
ALEXANDER B. PARKER (S.B. #264705)
aparker@omm.com
CARA L. GAGLIANO (S.B. #308639)
cgagliano@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:     +1 415 984 8700
Facsimile:     +1 415 984 8701

Attorneys for Plaintiffs
SolarEdge Technologies, Inc. and
SolarEdge Technologies Ltd.

JOHN W. CRITTENDEN
(S.B. #101634)
jcrittenden@cooley.com
CHANTAL Z. HWANG
(S.B. #275236)
chwang@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

BOBBY GHAJAR (S.B. #198719)
bghajar@cooley.com
JOHN PAUL OLEKSIUK
(S.B. #283396)
jpo@cooley.com
MARCUS PETERSON
(S.B. #265339)
mpeterson@cooley.com
COOLEY LLP
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: +1 310 883 6400
Facsimile: +1 310 883 6500

Attorneys for Defendant
Enphase Energy, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SolarEdge Technologies, Inc. and SolarEdge Technologies Ltd.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Enphase Energy, Inc.,<br><br>    Defendant. | Case No. 4:17-cv-04047-YGR<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
11/22/17

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs SolarEdge Technologies, Inc. and SolarEdge Technologies Ltd. and Defendant Enphase Energy, Inc. stipulate that this action is dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: November 17, 2017

DAVID R. EBERHART
MELODY DRUMMOND HANSEN
LUANN L. SIMMONS
ALEXANDER B. PARKER
O'MELVENY & MYERS LLP

By: */s/ David R. Eberhart*
David R. Eberhart

Attorneys for Plaintiffs
SolarEdge Technologies, Inc. and
SolarEdge Technologies Ltd.

Dated: November 17, 2017

BOBBY A. GHAJAR
JOHN W. CRITTENDEN
CHANTAL Z. HWANG
JOHN PAUL OLEKSIUK
MARCUS DEWAYNE PETERSON

By: */s/ John W. Crittenden*
John W. Crittenden

Attorneys for Defendant
Enphase Energy, Inc.

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
11/22/2017
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from John W. Crittenden.

*/s/ David R. Eberhart*
David R. Eberhart